Matter of McDonald (2024 NY Slip Op 05014)

Matter of McDonald

2024 NY Slip Op 05014

Decided on October 10, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 10, 2024

PM-201-24
[*1]In the Matter of Joseph P. McDonald, an Attorney. (Attorney Registration No. 5461850)

Calendar Date:October 7, 2024

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ.

Joseph P. McDonald, Dayton, Ohio, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Joseph P. McDonald was admitted to practice by this Court in 2016 and lists a business address in Dayton, Ohio with the Office of Court Administration. McDonald now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes McDonald's application based on certain omissions within his application.
Upon reading McDonald's affidavit sworn to July 19, 2024 and filed July 24, 2024, the August 27, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and McDonald's supplemental affidavit sworn to September 26, 2024, which affidavit resolves AGC's objections, and having determined that McDonald is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Egan Jr., Aarons, Pritzker and McShan, JJ., concur.
ORDERED that Joseph P. McDonald's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Joseph P. McDonald's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Joseph P. McDonald is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and McDonald is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Joseph P. McDonald shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.